Patrick R. Leverty, Esq., NV Bar No. 8840
pat@levertylaw.com
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph. (775) 322-6636
Fax: (775) 322-3953
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHASITITY PAINE, an individual; GARY PAINE, an individual; and JEFF CHOLLEY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LOGAN ROTA, an individual; DOES I-X; and ABC BUSINESSES,<br><br>Defendants. | Case No.:   3:25-cv-00344-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Chasitity Paine, Gary Paine, and Jeff Cholley, by and through their attorneys of record, Leverty & Associates Law Chtd., and Defendant, Logan Rota, by and through his attorneys of record, Laxalt Law Group, that the above-entitled matter be dismissed **WITHOUT** prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).  Plaintiffs have not previously dismissed any federal or state-court action on or including the claims. The effect of this stipulation is dismissal **WITHOUT** prejudice and Plaintiffs have a right to refile this lawsuit and claims in federal or state court.

| | |
|---|---|
| DATED: August 19, 2025 | DATED: August 19, 2025 |
| LAXALT LAW GROUP | LEVERTY & ASSOCIATES LAW CHTD. |
| /s/ *Steven E. Guinn*<br>Steven E. Guinn, Esq.<br>9790 Gateway Drive, Suite 200<br>Reno, Nevada 89521<br>Ph.: (775) 322-1170<br>*Attorneys for Defendant Logan Rota* | /s/ *Patrick Leverty*<br>Patrick R. Leverty, Esq.<br>832 Willow St.<br>Reno, Nevada 89502<br>Ph.: (775) 322-6636<br>*Attorneys for Plaintiffs Chasitity Paine, Gary Paine and Jeff Cholley* |



1 | **ORDER**
2 |    **IT IS SO ORDERED.**
3 |
4 | Dated: August 20, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**